458 A.2d 272

Evans v. Evans, Appellant.

Submitted March 30, 1982. Samuel Spear, for appellant; Mary Evans, appellee, in propria persona.

Before WIEAND, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge John R. Meade is affirmed.

458 A.2d 272

Flynn, Appellant v. Flynn.

Submitted September 15, 1981. Anthony D. Miele, for appellant; David B. Keeffe, did not submit a brief on behalf of appellee.

Before CAVANAUGH, DiSALLE and WATKINS, JJ.*

Order affirmed.

* DiSALLE, J. did not participate in the consideration or decision of this case.